[Nos. 20255-1-III; 20256-9-III. Division Three. July 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. LEWIS, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-8-00362-0 and 01-8-00363-8, Tari S. Eitzen, J., entered May 21, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 27664-0-II. Division Two. July 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE NMN GONZALES-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-01043-2, James J. Stonier, J., entered July 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 46688-7-I. Division One. July 22, 2002.]

JEFFREY A. BARRETT, *Individually and as Guardian*, ET AL., *Appellants*, v. LUCKY SEVEN SALOON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-24807-6, Larry A. Jordan, J., entered May 11, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Coleman, J.

[No. 47069-8-I. Division One. July 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GIBSON CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02148-4, Ronald Kessler, J., entered July 20, 2000. *Reversed* by unpublished per curiam opinion.